# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax

> Application for an adjournment denied. The conference will proceed as scheduled on September 30, 2025 and the content of the parties' letter will be addressed at that time.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         September 29, 2025

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **Doherty, et al. v. Ramapo Manor Nursing Center, Inc., et al.**
      **Case No. 25-CV-05483 (PMH)**

Dear Judge Halpern:

We represent Defendants in the above matter.  We write jointly with counsel for Plaintiffs to respectfully request to adjourn the pre-motion conference currently scheduled to take place by telephone on September 30, 2025 at 12pm.

The reason for the request is that the Parties have agreed to explore a possible settlement of all claims through private mediation, which the Parties are working cooperatively to schedule for a time in early December 2025.  The Parties believe they will have a better chance of reaching a resolution in this matter if they focus their time and resources on a potential settlement rather than motion practice at this time.  The Parties also are mindful of and do not wish to impose on the Court's time where a resolution may obviate the need for the requested motion practice.  Pursuant to Your Honor's Individual Rules, Section 1(C): (1) the original date for the conference is September 30, 2025; (2) the reason for the request to adjourn is that the Parties have agreed to private mediation before JAMS Mediator Stephen Sonnenberg, which is anticipated to take place in early December 2025; (3)-(4) there have been no prior requests for adjournment of the pre-motion conference; and (5) this is a joint request with Plaintiffs' counsel.  The Parties therefore jointly and respectfully request the Court adjourn the pre-motion conference until a date convenient for the Court in January 2026.

Thank you for your courtesy and attention to this request.

Respectfully submitted,

JACKSON LEWIS P.C.

Brian A. Bodansky